**Exhibit 2**

## Address: 14309 Elk Mountain Trail

KUBOTA
03/05/2018 11:18

## Site Inspection: 3/5/18

JEFFERSON COUNTY COLORADO