**Exhibit 3**

3

**Address: 14309 Elk Mountain Trail**

**Site Inspection: 3/5/18**



