## Exhibit 4

### JEFFERSON COUNTY
### SERVICE REQUEST FINAL REPORT

| Folder Number | Sub Type | Folder Status | In Date |
|---|---|---|---|
| 20-104921 SR | Water Quality | Referred | 03/11/2020 |
| **Property Owner** | | **Property Owner Address** | |
| HARVEY PERSYN | | 10202 E TRAILS END RD FLORAL CITY FL 34436 | |
| **Property Location** | | **Facility Name** | |
| 14309  ELK MOUNTAIN TRL | | Kirk McDonald | |

**Details of Problem**

Complainant states owner is living on the property in a trailer with no septic. Wants to build green houses. Has outside tank but no idea what use is for. (water for plants?) Gate code is 8080  - Says owner states they aren't living there, but thinks they are.

### INVESTIGATION AND DISPOSITION

| Assigned To | Attempt Date | Result | Comment |
|---|---|---|---|
| **Action Taken** | | | |
| LJONES | 03/11/2020 | | |
| MPITTS | 03/12/2020 | Referred | Madison Pitts and Aly Dressler conducted an onsite investigation. Present was Kirk McDonald, property owner. Kirk stated that he does not reside in the trailer and it is utilized for office. All wastes are collected in a blue tank and then disposed of at the Chatfield Waste Station. No leaks or obvious signs of sewage discharging to the ground. Mr. McDonald expressed his concerns over his neighbors STA and their storage practices of manure and its impact on the quality of the well water. <br><br> Complaint will be referred to Planning and Zoning to investigate the use of trailer. |
| MPITTS | 03/12/2020 | Email | Hello Jeremy, |



14309 Elk Mountain Trail

Kirk McDonald is the individual we spoke to. He can be reached at KirkMcDonald56@gmail.com
720 589 3160

