**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-01672-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

REED MCDONALD (AKA) THE VINE RANCH FARM,

    Plaintiff,

v.

JEFFERSON COUNTY, COLORADO/BOARD of COUNTY COMMISSIONERS, in their official and individual capacities,
JEFFERSON COUNTY, COLORADO, a quasimunicipal corporation and political subdivision of the State of Colorado,
JERMERY COHEN, in his individual capacity/and his capacity as Supervisor for Jefferson County, Colorado, Planning and Zoning,
AMY REISTROFFER, in her individual capacity/and her capacity as employee for Jefferson County, Colorado Planning and Zoning,
MADISON PITTS, in her individual capacity/his capacity as employee for Jefferson County, Colorado Public Health,
ALY DRESSLER, in her individual capacity/his capacity as employee for Jefferson County, Colorado Public Health, and
John/Jane Doe, individuals who filed false public complaints against the Reed McDonald's farm known as the Vine Ranch Farm,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff has submitted to the court *pro se* Plaintiff's Verified Complaint with Jury Demand (ECF No. 1) and Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (ECF No. 2).[1]  As part of the court's review pursuant to

---

[1] "(ECF No. 1)" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic filing system (CM/ECF). The court uses this convention throughout this order.

D.C.COLO.LCivR 8.1(a), the court has determined the documents are deficient as described in this order.   Plaintiff will be directed to cure the following if he wishes to pursue any claims in this action.   Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ____ is not submitted
(2) ____ is missing affidavit
(3) ____ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ____ is missing certificate showing current balance in prison account
(5) ____ is missing required financial information
(6) ____ is missing authorization to calculate and disburse filing fee payments
(7) ____ is missing an original signature
(8) xx   is not on proper form Plaintiff must use the Application for Leave to Proceed in District Court Without Prepaying Fees or Costs (Long Form)
(9) ____ names in caption do not match names in caption of complaint, petition or habeas application
(10) xx   other: Application is necessary only if filing and administrative fees totaling $402.00 are not paid in advance.

**Complaint, Petition or Application**:
(11) ____ is not submitted
(12) xx   is not on proper form Plaintiff must use the Court's current Complaint form
(13) ____ is missing an original signature
(14) ____ is missing page nos. ____
(15) ____ uses et al. instead of listing all parties in caption
(16) ____ names in caption do not match names in text
(17) ____ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ____ other: _____.

Plaintiff is informed that he may choose to contact the Federal Pro Se Clinic at (303) 380-8786 or https://www.cobar.org/cofederalproseclinic for possible assistance in this matter.   The Federal Pro Se Clinic is located on the first floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver CO 80294.   Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.   Any papers that Plaintiff files in response to

this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved forms, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure all of the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED July 7, 2022.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge