IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 22 2022

JEFFREY P. COLWELL
CLERK

Action No.   22cv01672-GPG

**Plaintiff**
Reed McDonald (aka) The Vine Ranch Farm.

v.

**Defendant,**
Jefferson County, Colorado/Board of County Commissioners in their official and individual capacities,

**Defendant**
Jefferson County, Colorado a quasimunicipal corporation and political subdivision of the State of Colorado;

**Defendant**
Jermery Cohen in his individual capacity/and his capacity as Supervisor for Jefferson County, Colorado, Planning and Zoning;

**Defendant**
Amy Reistroffer in her individual capacity/and her capacity as employee for Jefferson County, Colorado Planning and Zoning;

**Defendant**
Madison Pitts in her individual capacity/his capacity as employee for Jefferson County, Colorado Public Health;

**Defendant**
Aly Dressler in her individual capacity/his capacity as employee for Jefferson County, Colorado Public Health;

**Defendant**
John/Jane Doe, individuals who filed false public complaints against the Reed McDonald's farm known as the Vine Ranch Farm.

---

**PLAINTIFF'S RESPONSE TO THE COURT**

---

1

## **RESPONSE**

The Court requested Plaintiff pro se respond Pursuant to 28 U.S.C. §1915 file (IFP) long form to the Court; thus, long form IFP is enclosed. In addition, although Plaintiff pro se has filed pursuant to the *Haines* rule his Complaint, the Court requested Plaintiff pro se file additional complaint from the current complaint form of the District of Colorado; this is also enclosed.

The Court was a little cryptic on the type of District Document requested; I believe I have submitted the correct form. If not, could the Court be more specific as to question ("12") specifying the correct PDF from the District of Colorado's website.

Respectfully,

*[signature: Reed McDonald]*

This 20 day of July, 2022

Reed McDonald
5856 S. Lowell Blvd.
UPS/163
Littleton, Colorado 80123
Kirkmcdonald56@gmail.com
720-589-3160