FINANCIAL DECLARATION *Long Form*

### Affidavit to Accompany Motion for Permission to Appeal in Forma Pauperis

I swear or affirm under penalty of perjury that because of my poverty I am unable to pay the docket fees of my appeal or to post a bond for them. I believe I am entitled to a different result than that reached in the district court.

I further swear or affirm under penalty of perjury that the responses which I have made to the questions and instructions below relating to my ability to pay the fees for my appeal are true.

**Instructions. Please complete all questions in this application and then sign it on the last page.** If the answer to any question is "0" or "none," or the question is "not applicable", so indicate by writing "0", "none", or "not applicable (N/A)". If additional space is needed to answer any question or to explain your answer to any question, please use and attach a separate sheet of paper identified with your name, the docket number of your case and the number of the question.

My issues on appeal are: Trespass and unconstitutional Search & seizure. TAX Fraud — The District Refused to uphold and enforce the Constitution and Supreme Court Precedent in Camara and See - Cases SCOTUS- 387 U.S. 523 (1967)

1. Are you or your spouse currently employed?    Yes ___    No _X_ Because of COVID-19

2. If you or your spouse are currently employed, state the name and address of your employer, the length of your employment with that employer, and your monthly gross pay. Gross pay is pay before any taxes or other deductions are taken. If you have more than one employer, please provide the information requested below about the other employer(s) on a separate sheet of paper and attach it to this application.

N/A _____

A-14    Motion for Leave to Proceed on Appeal without Prepayment of Costs or Fees (Non-PLRA) 1/22 Page 2

Yourself:

Name and Address of Employer

Vine Ranch Farm.
14309 Elk Mtn Trail.
Littleton, CO 80123

Your Spouse:

Name and Address of Employer

_____

Length of Employment

**5** Years ___ Months

Length of Employment

___ Years ___ Months

Monthly Gross Pay  $ **0** Because of state shut down. covid-19

Monthly Gross Pay  $ ___

3. If you are currently unemployed, state the date of your last employment and your monthly gross pay during your last month of employment. Gross pay is pay before any taxes or other deductions are taken.

Date of last employment (Month/Year) for yourself **2021**; spouse ___

Monthly gross pay during last month of employment  $ **0** Farm Closed Because of covid-19.

4. State whether you or your spouse have received money from any of the following sources during the past twelve months, and, if so, the average monthly amount from that source. Adjust any money that was received weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate.

| Did you receive money from any of the following sources during the past 12 months? | Average monthly amount during past 12 months for you and your spouse if applicable. | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Self-employment | Y/**N**  $ **0** | $ ___ | $ ___ | $ ___ |
| Income from real property (such as rental income) | Y/**N**  $ **0** | $ ___ | $ ___ | $ ___ |
| Interest and dividends | Y/**N**  $ **0** | $ ___ | $ ___ | $ ___ |
| Gifts | Y/**N**  $ **0** | $ ___ | $ ___ | $ ___ |

A-14 · Motion for Leave to Proceed on Appeal without Prepayment of Costs or Fees (Non-PLRA) 1/22  Page 3

| | | | | |
|---|---|---|---|---|
| Alimony | Y/N̄ $____ | $____ | $____ | $____ |
| Child Support | Y/N̄ $____ | $____ | $____ | $____ |
| Retirement income from sources such as social security, private pensions, annuities, or insurance policies | Y/N $____ *started ssc Because of covid-19* | $____ | $____ | $____ |
| Disability payments such as social security, other state or federal government, or insurance payments | Y/N $____ | $____ | $____ | $____ |
| Unemployment payments | Y/N $____ | $____ | $____ | $____ |
| Public assistance payments such as welfare payments | Y/N $____ *Currently on SNAP - Medicade* | $____ | $____ | $____ |
| Other sources of money (specify: _____) | Y/N $____ | $____ | $____ | $____ |
| TOTAL | | $____ | $____ | $____ |

5. State the amount of cash you and your spouse have: $ ⊗

State below any money you or your spouse have in savings, checking, or other accounts in a bank or other financial institution.

| Bank or Other Financial Institution: | Type of Account such as savings, checking, or CD: | Amount you have: | Amount your spouse has: |
|---|---|---|---|
| Canvus Credit Union | checking | $ 35.00 | $ ___ |
| | | $ ___ | $ ___ |
| | | $ ___ | $ ___ |

Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 500.00 | $ |
| Are real estate taxes included? Yes X No ___ | | |
| Is property insurance included? Yes ___ No X | | |
| Utilities: Electricity and heating fuel | $ 100.00 | $ |
| Water and sewer | $ 25.00 | $ |
| Telephone | $ 150.00 | $ |
| Other pain Meds | $ 100.00 | $ |
| Home maintenance (Repairs and upkeep) | $ — | $ |
| Food | $ SNAP | $ |
| Clothing | $ N/A | $ |
| Laundry and dry cleaning | $ N/A | $ |
| Medical and dental expenses | $ Medicaid | $ |
| Transportation (not including car payments) | $ Fuel 150.00 | $ |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ N/A | $ |
| Charitable contributions | $ N/A | $ |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ 300.00 | $ |
| Life | $ N/A | $ |
| Health | $ Medicaid | $ |

A-14   Motion for Leave to Proceed on Appeal without Prepayment of Costs or Fees (Non-PLRA) 1/22 Page 6

Auto   Fuel                                                              $ 150.00   $ _____

Other  Tractor Repair                                                    $ 10,000.00   $ _____

Taxes (not deducted from wages or included in home mortgage payments) (specify) _____   $ Unknown at this time   $ _____

Installment payments

   Auto:                                                                 $ 200.00   $ _____

   Credit Card: (name) Reed McDowell                                     $ 1000.00   $ _____

   Department Store: (name) _____                                      $ _____   $ _____

   Other _____                                                         $ _____   $ _____

   Other _____                                                         $ _____   $ _____

Alimony, maintenance, and support paid to others                         $ _____   $ _____

Payments for support of additional dependents not living at your home    $ _____   $ _____

Regular expenses from operation of business, profession, or farm (attach detailed statement)   $ _____   $ _____

Other  Farm currently shut down because of COVID-19. Hope to open Fall of 2022.   $ _____   $ _____

TOTAL MONTHLY EXPENSES                                                   $ _____   $ _____

10. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months? Yes _X_ No ___

If yes, describe on an attached sheet. Hope to open Farm in Fall of 2022 Farming again in 2023.

11. Have you spent- or will you be spending- any money for expenses or attorney's fees in connection with this case? Yes _X_ No ___

If yes, how much? $ unknown

If yes, provide the name, address, and telephone number of the attorney:

public Assistance Farm Bureau

12. Have you promised to pay or do you anticipate paying anyone other than an attorney (such as a paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form? Yes ___ No _X_

If yes, how much? $___

If yes, provide the name, address, and telephone number of the person or service:

13. How much can you pay each month toward the docket fee for your appeal: $ 0

14. Please provide any other information that helps to explain why you cannot pay the docket fees for your appeal. Farm shut down by State Mandate because of Covid-19 - Hope to return to Farming in Fall of 2022 with first crop in 2023

A-14  Motion for Leave to Proceed on Appeal without Prepayment of Costs or Fees (Non-PLRA) 1/22 Page 8

15. State the city and state of your legal residence:
Colorado, Littleton.

Your daytime phone number: (720) 272-8598

Your age: 66

Years of schooling: 20

[Last four digits of] your social security number: 1114

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.   28 U.S.C. § 1746, 18 U.S.C. § 1621.

Date: 6/27/2022                    Signature: _____