IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 22 2022

JEFFREY P. COLWELL
CLERK

Civil Action No. _22 CV 1672 - GPG_
(To be supplied by the court)

_Reed McDonald_, Plaintiff

v.

_Jefferson County Colorado et al._
_See attached complaint for_
_full named defendants_
_(enclosed)_, Defendant(s).

Jury Trial requested:
(please check one)
X Yes ___ No

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A.   **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Reed Kirk McDonald     5856 S. Lowell Blvd.
(Name and complete mailing address)

Littleton, CO 80123    720-589-3160    KirkMcDonaldsr@Gmail.com
(Telephone number and e-mail address)

B.   **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Jefferson County, Colo. BOCC
(Name and complete mailing address)

100 Jefferson County Parkway, Golden, CO 80419
(Telephone number and e-mail address if known)

Representative Counsel % Jason Soronson.

Defendant 2: 100 Jefferson County Parkway, Golden, CO 80419
(Name and complete mailing address)

See Attached Complaint. (enclosed)
(Telephone number and e-mail address if known)

Defendant 3: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

2

**C.    JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☒  Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

4th / 14th Amendment Violation

Additional Jurisdiction under 42 USC § 1983 And 28 USC § 1367.

___  Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _Colorado_.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a ~~corporation~~, quasi-municipal Corporation & political subdivision of the State of Colorado.
Defendant 1 is incorporated under the laws of _Colorado_ (name of state or foreign nation).

Defendant 1 has its principal place of business in ~~Jefferson~~ County, Colorado (~~name~~ of ~~state or foreign~~ nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

Additional defendants named in Complaint see enclosed

3

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Trepass / Illegal Search of Business Had

Supporting facts: private property with warrant — 4th Amendment Violation. See enclosed complaint. Claims for Relief page 11 —

Claim Two: Trepass / Illegal Search of Business and private property without warrant. See Article II, Section 7 Colo. Constitution. Also see attached complaint - page 11.

Claim three: Municipal Liability. See Complaint page 14.

Claim Four: Nuisance Complaint. See C.R.S. 35-3.5-102(1) See enclosed complaint page 16

4

### E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

Declaratory Relief / Injunctive Relief
Compensatory damages
e conomic loss.
plaintiff Cameron to stop unconstitutional conduct.
See Complaint Pg. 18.

### F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

7/14/22
(Date)

(Revised February 2022)

5