U.S. POSTAGE
**$2.64**

FCM LG ENV
80127 0023
Date of sale
07/20/22
06        2S
11485988

93962070105939

**USPS FIRST-CLASS MAIL®**

6.80 oz
**0023**

**F**

SHIP
TO:

**DENVER CO 80294**

(420) 80294

14305 Ellc W/W Trai
Littleton, CO 80123

US Dist Court/Dist of Col.
ATTN: Clerk's Office
901 19th Street
Denver, CO 80294.

