**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-01672-GPG

REED MCDONALD (AKA) THE VINE RANCH FARM,

    Plaintiff,

v.

JEFFERSON COUNTY, COLORADO/BOARD of COUNTY COMMISSIONERS, in their
    official and individual capacities,
JEFFERSON COUNTY, COLORADO, a quasimunicipal corporation and political
    subdivision of the State of Colorado,
JERMERY COHEN, in his individual capacity/and his capacity as Supervisor for
    Jefferson County, Colorado, Planning and Zoning,
AMY REISTROFFER, in her individual capacity/and her capacity as employee for
    Jefferson County, Colorado Planning and Zoning,
MADISON PITTS, in her individual capacity/his capacity as employee for Jefferson
    County, Colorado Public Health,
ALY DRESSLER, in her individual capacity/his capacity as employee for Jefferson
    County, Colorado Public Health, and
John/Jane Doe, individuals who filed false public complaints against the Reed
    McDonald's farm known as the Vine Ranch Farm,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff Reed McDonald initiated this action by filing *pro se* Plaintiff's Verified Complaint with Jury Demand (ECF No. 1) and Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (ECF No. 2).[1]  On July 7, 2022, the Court ordered Plaintiff to cure certain filing deficiencies.  (ECF No. 5.)  Specifically,

---

[1] "(ECF No. 1)" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic filing system (CM/ECF). The court uses this convention throughout this order.

Plaintiff was directed to file a Court-approved Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) or, in the alternative, to pay the filing and administrative fees of $402.00.  (*Id.* at 2.); *see also* D.C.COLO.LCivR 5.1(c) (unrepresented parties must use the forms posted on the court's website).  Plaintiff also was directed to file his claims on the Court's current Complaint form.  (*Id.*)  The Court gave Plaintiff thirty days to comply and warned that failure to cure the defects would result in the dismissal of this action without further notice.  (*Id.* at 2-3.)

On July 22, 2022, Plaintiff filed an amended Complaint on the Court-approved form.  (ECF No. 6.)  However, rather than filing the Court-approved Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), Plaintiff filed "Plaintiff's Response to the Court" and an attached a "Financial Declaration."  (ECF No. 5.)  Thus, Plaintiff has not cured the identified deficiency regarding the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) or requested an additional extension of time to comply—and the time to do so has expired.  (*See* docket.)  Thus, this action will be dismissed without prejudice for failure to comply with the Court's order and failure to prosecute.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal, he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a Court order and failure to prosecute.   It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.   It is

FURTHER ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (ECF No. 2) is denied.

DATED at Denver, Colorado, this   18th   day of   August  , 2022.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court