# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01672-GPG

REED MCDONALD (AKA) THE VINE RANCH FARM,

    Plaintiff,

v.

JEFFERSON COUNTY, COLORADO/BOARD of COUNTY COMMISSIONERS, in their
    official and individual capacities,
JEFFERSON COUNTY, COLORADO, a quasimunicipal corporation and political
    subdivision of the State of Colorado,
JERMERY COHEN, in his individual capacity/and his capacity as Supervisor for
    Jefferson County, Colorado, Planning and Zoning,
AMY REISTROFFER, in her individual capacity/and her capacity as employee for
    Jefferson County, Colorado Planning and Zoning,
MADISON PITTS, in her individual capacity/his capacity as employee for Jefferson
    County, Colorado Public Health,
ALY DRESSLER, in her individual capacity/his capacity as employee for Jefferson
    County, Colorado Public Health, and
John/Jane Doe, individuals who filed false public complaints against the Reed
    McDonald's farm known as the Vine Ranch Farm,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on August 18, 2022, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 18 day of August, 2022.

                          FOR THE COURT,

                          JEFFREY P. COLWELL, Clerk

                          By: s/ A. García Gallegos
                                Deputy Clerk